# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0943

_____

CHARLES E. LOVETT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Proceedings.

June 26, 2026

PER CURIAM.

DISMISSED.

LEWIS, RAY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles E. Lovett, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.